UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN RUIZ CAMPUZANO,<br><br>                        Plaintiff,<br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                        Defendant. | Case No.: 20-cv-721-WQH-WVG<br><br>**ORDER** |

HAYES, Judge:

      The matters before the Court are the Motion for Summary Judgment filed by Plaintiff Rubin Ruiz Campuzano (ECF No. 12), the Cross-Motion for Summary Judgment filed by Defendant Commissioner of Social Security (the "Commissioner") (ECF No. 15), and the Report and Recommendation issued by the Magistrate Judge (ECF No. 18) recommending that the Court deny Plaintiff's Motion for Summary Judgment and grant the Commissioner's Cross-Motion for Summary Judgment.

      The duties of the district court in connection with a report and recommendation of a magistrate judge are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b). The district judge must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). The district court need not review de novo those portions of a report and

recommendation to which neither party objects. *See Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("Neither the Constitution nor the [Magistrates Act] requires a district judge to review, de novo, findings and recommendations that the parties themselves accept as correct.").

No party has filed an objection to the Report and Recommendation. The Court has reviewed the Report and Recommendation, the record, and the submissions of the parties.

IT IS HEREBY ORDERED that the Report and Recommendation (ECF No. 18) is adopted in its entirety. Plaintiff's Motion for Summary Judgment (ECF No. 12) is denied. The Commissioner's Cross-Motion for Summary Judgment (ECF No. 15) is granted. The Clerk of the Court shall enter judgment in favor of the Commissioner and against Plaintiff and shall close the case.

Dated: August 26, 2021

Hon. William Q. Hayes
United States District Court